An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LAURA RENEE WALKER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61726

**FILED**

APR 1 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of grand larceny. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

Appellant Laura Walker argues that the district court abused its discretion by imposing a sentence of incarceration which exceeded the recommendation of the State rather than granting her request for probation with the condition that she participate in mental health court. At sentencing, the district court described Walker's actions as a "remarkable, predatory, chronic exploitation of an elderly person," and noted that, rather than expressing remorse, Walker believed she was the victim. Although the district court exceeded the State's recommendation, Walker's sentence of 20-50 months incarceration is within statutory limits. See NRS 205.220(1)(a), NRS 205.222(2), NRS 193.130(2)(c). We conclude that the district court did not abuse its discretion by imposing a prison term rather than placing Walker on probation, see NRS 176A.100(1)(c),

13-10523

<u>Houk v. State</u>, 103 Nev. 659, 664, 747 P.2d 1376, 1379 (1987), and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____ J.        _____, J.
Parraguirre                        Cherry

cc:   Hon. David A. Hardy, District Judge
      Washoe County Alternate Public Defender
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk